IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| RAFAEL CHAPARRO,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE TEXAS LLOYD'S AND TERRY LESLEY,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§    EP-16-CV-00378-KC<br>§<br>§<br>§<br>§<br>§ |

### ORDER

On this day, the Court considered the above-captioned case. On June 27, 2017, the parties informed the Court that settlement has been achieved. Accordingly, unless the parties submit final closing papers by **July 28, 2017,** the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days to reopen if settlement has not, in fact, been consummated.

**SO ORDERED**.

SIGNED this 28th day of June, 2017.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE